THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Jessica Forelifer and Christopher Ashton Boyer, and Caitlyn Boyer, DOB 
 7-21-99, Minor Under the Age of 18,       
Defendants,
of whom Christopher Ashton Boyer is       
Appellant.
 
 
 

Appeal From Hampton County
Jane D. Fender, Family Court Judge

Unpublished Opinion No. 2004-UP-035
Submitted October 15, 2003 – Filed January 
 20, 2004

AFFIRMED

 
 
 
Robert N. Hill, of Newberry, for Appellant. 
Daniel W. Luginbill, of Bamberg, for Respondent.
 
 
 

PER CURIAM:  Christopher Boyer appeals the 
 termination of his parental rights to his minor child born July 21, 1999.  The 
 family court found that Boyer had failed to support, visit, or contact the child.  
 S.C. Code Ann. § 20-7-1572(3), (4), and (8) (Supp. 2002).  The family court 
 also found it to be in the child’s best interests to terminate Boyer’s parental 
 rights.  
Pursuant to Ex parte Cauthen, 291 S.C. 465, 
 354 S.E.2d 381 (1987), Boyer’s counsel attached to the record of the family 
 court proceedings an affidavit stating his belief that the appeal lacks merit.  
 Boyer did not file a pro se response to counsel’s affidavit.
Upon reviewing the record and the family court’s determination 
 in its entirety, we find no meritorious issues warranting briefing.  Accordingly, 
 the family court’s decision is 
AFFIRMED.
 HUFF, STILWELL, and BEATTY, JJ., concur.